UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-01286-JAK (AS) | Date | April 29, 2016 |
|---|---|---|---|
| Title | Phillip Eugene Lester v. Stu Sherman, Warden | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge | |
|---|---|---|
| Alma Felix | | N/A |
| Deputy Clerk | | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | | Attorneys Present for Respondent: |
| N/A | | N/A |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED**

On February 22, 2016, Phillip Eugene Lester ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 in the United States District Court for the Eastern District of California. (Docket Entry No. 1) On February 24, 2016, the action was transferred to the United States District Court for the Central District of California. (Docket Entry No. 3).

On February 25, 2016, the Court issued an Order denying Petitioner's Motion to Proceed in Forma Pauperis without prejudice because it was not signed by an authorized officer. (Docket Entry No. 6). Petitioner was advised to "resubmit his request within 30 days of the date of this order on the approved IF form along with a copy of his Certified Trust Fund Statement for the past six (6) months which MUST be signed by an Authorized Officer." Id. The approved IFP form was attached to the Order. Id.

As of today, Petitioner has failed to resubmit his Motion to Proceed in Forma Pauperis on the approved IFP form along with a copy of his Certified Trust Fund Statement signed by an authorized officer.

Therefore, Petitioner is **ORDERED TO SHOW CAUSE**, within **thirty (30) days** of the date of this Order (**by no later than May 31, 2016),** why this action should not be dismissed without prejudice for failure to comply with a Court order and/or prosecute pursuant to Fed.R.Civ.P. 41(b).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 16-01286-JAK (AS) | Date | April 29, 2016 |
|---|---|---|---|
| Title | Phillip Eugene Lester v. Stu Sherman, Warden | | |

Petitioner may discharge this Order by filing a Motion to Proceed in Forma Pauperis on the approved IFP form along with a copy of his Certified Trust Fund Statement signed by an authorized officer.

**Petitioner is expressly warned that the failure to timely file a response to this Order will result in a recommendation that this action be dismissed without prejudice for his failure to comply with Court orders and/or failure to prosecute. See Fed.R. Civ. P. 41(b).**

The Clerk of the Court is directed to serve a copy of this Order on Petitioner at his current address of record.

|  | 0 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | AF | |