**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | | |
|---|---|---|
| PHILLIP EUGENE LESTER, | ) | NO. CV 16-01286-JAK (AS) |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| STU SHERMAN, Warden, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |
| | ) | |

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

    DATED: August 19, 2016.

_____
                JOHN A. KRONSTADT
           UNITED STATES DISTRICT JUDGE